166 ARCHER AVE. Co., LLC, Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, Respondent.

Submitted April 6, 2009; decided May 12, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine

the action within the meaning of the Constitution *(see Burke v Crosson*, 85 NY2d 10, 18 n 5 [1995]).